■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN COOK, Appellant. [635 NYS2d 512] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered July 15, 1994, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., O'Brien, Ritter, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CORDERO, Appellant. [635 NYS2d 512] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered April 1, 1994, convicting him of attempted murder in the second degree and robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1; People v Burk, 181 AD2d 74). Sullivan, J. P., Thompson, Krausman and Florio, JJ., concur.